UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 06-20663

D-1, DERRICK ARMSTRONG,          HONORABLE AVERN COHN

    Defendant .
_____/

**ORDER**

Defendant, Derrick Armstrong, has filed a motion (Doc. 525) styled Defendant Armstrong's Motion To Dismiss Indictment For Violation Of The Speedy Trial Act (18 U.S.C. §3161).

For the reasons stated on the record on August 05, 2008, the motion is DENIED. A tentative computation supporting the conclusion that there has been no violation of The Speedy Trial Act is attached as Exhibit A.

SO ORDERED.

Dated: August 5, 2009              s/ Avern Cohn
                                       AVERN COHN
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 5, 2009, by electronic and/or ordinary mail.

                                              s/ Julie Owens
                                             Case Manager, (313) 234-5160